IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOHN D. MARSHALL, M.D.<br>Plaintiff,<br><br>vs<br><br>AMERICUS-SUMTER COUNTY HOSPITAL AUTHORITY dba Sumter Regional Hospital dba Sumter Regional Hospital, Inc., et al.,<br>Defendants. | :<br>:<br>:  1:01-CV-79-3(WLS)<br>:<br>:<br>:<br>:<br>:<br>: |

### SUBSTITUTE AMENDED ORDER

The Court having by separate order vacated and stricken its earlier order to the parties entered on June 19, 2003, the following order is ordered filed in its place effectively as if the same had been originally entered instead on June 19, 2003:

The parties have represented to the Court that the above-entitled action has been resolved. Based on the parties' representation, the Court hereby ORDERS the parties to file dismissal documents by Friday, July 16, 2003. In the event the parties are unable to file said document(s) by that date, the parties shall instead file a written status report. Additionally, the Court finds that all pending motions (Docs. #161, 178, 194, 205) should be, and hereby are, DENIED as moot without prejudice.

SO ORDERED, this 3rd day of July, 2003.

ENTERED ON DOCKET
July 3, 2003
Gregory J. Leonard, Clerk
Deputy Clerk

Hon. W. Louis Sands, Chief Judge
United States District Court

AO 72A
(Rev 8/82)